EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Carmelo Pérez García | 2022 TSPR 05<br><br>208 DPR \_\_\_\_\_ |
| --- | --- |

Número del Caso: TS-10,150


Fecha: 18 de enero de 2022


Abogado del peticionario:

 Por derecho propio



Materia: Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Carmelo Pérez García                    Núm. TS-10,150

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de enero de 2022.

Examinada la *Moción en cumplimiento de orden*, presentada por el Sr. Carmelo Pérez García, se le readmite al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado Pérez García actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo